19cr313 ECT/TNL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| | ) |
| Plaintiff, | ) 18 U.S.C. § 922(g)(5) |
| | ) 18 U.S.C. § 924(a)(2) |
| v. | ) 18 U.S.C. § 924(d)(1) |
| | ) 28 U.S.C. § 2461(c) |
| SANTOS GOMEZ PEREZ, | ) |
| | ) |
| Defendant. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession of Firearms by an Illegal Alien)

On or about March 14, 2019, in the State and District of Minnesota, the defendant,

**SANTOS GOMEZ PEREZ,**

knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess eleven firearms, in and affecting interstate and foreign commerce, namely: (1) a Smith & Wesson, model M&P 9c, 9 millimeter semi-automatic handgun, serial number HUU4334; (2) a Smith & Wesson, model SW40VE, .40 caliber semi-automatic handgun, serial number DUM3526; (3) a Smith & Wesson, model 657, .41 magnum caliber revolver, serial number AUL4774; (4) a Taurus, model PT 111 G2A, 9 millimeter semi-automatic handgun, serial number TLS54596; (5) a Taurus, model PT 738, .380 caliber semi-automatic handgun, serial number 1D131257; (6) a Taurus, model "The Judge," .45LC/410 caliber revolver, serial number BM573618; (7) a Hi-Point, model 995, 9 millimeter caliber



SCANNED
DEC 05 2019
U.S. DISTRICT COURT MPLS

rifle, serial number F05502; (8) a Stag Arms, model Stag-15, multi-caliber rifle, serial number S042259; (9) a Norinco, model Mak-90, 7.62 caliber rifle, serial number 618845; (10) a Palmetto State Armory, model PA-15, multi-caliber rifle, serial number LW155871; and (11) a Tula Arsenal, 7.62 caliber rifle, serial number KB877, all in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

## FORFEITURE ALLEGATION

If convicted of Count 1 of this Indictment, the defendant,

### SANTOS GOMEZ PEREZ,

shall forfeit to the United States any firearms, ammunition and accessories involved in or used in connection with such violation including, but not limited to: (1) a Smith & Wesson, model M&P 9c, 9 millimeter semi-automatic handgun, serial number HUU4334; (2) a Smith & Wesson, model SW40VE, .40 caliber semi-automatic handgun, serial number DUM3526; (3) a Smith & Wesson, model 657, .41 magnum caliber revolver, serial number AUL4774; (4) a Taurus, model PT 111 G2A, 9 millimeter semi-automatic handgun, serial number TLS54596; (5) a Taurus, model PT 738, .380 caliber semi-automatic handgun, serial number 1D131257; (6) a Taurus, model "The Judge," .45LC/410 caliber revolver, serial number BM573618; (7) a Hi-Point, model 995, 9 millimeter caliber rifle, serial number F05502; (8) a Stag Arms, model Stag-15, multi-caliber rifle, serial number S042259; (9) a Norinco, model Mak-90, 7.62 caliber rifle, serial number 618845; (10) a Palmetto State Armory, model PA-15, multi-caliber rifle, serial number LW155871; and (11) a Tula Arsenal, 7.62 caliber rifle, serial number KB877; and all associated

United States v. Santos Gomez Perez

ammunition and accessories, all pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY              FOREPERSON