UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Court File No. 19-cr-313 (ect/tnl) |
| Plaintiff, | |
| v. | **MOTION TO WITHDRAW AS COUNSEL.** |
| Santos Gomez Perez, | |
| Defendant. | |

---

**PLEASE TAKE NOTICE** that Attorney Kirk M. Anderson, having previously file a Notice of Appearance in this matter on behalf of Defendant Santos Gomez Perez ("Defendant"), hereby motions this Court for an Order allowing him to withdraw as Defendant's counsel in this matter.

Said motion is based upon the Affidavit of Kirk M. Anderson, filed simultaneously with this Court.

Dated: October 13, 2021            **Anderson Law Firm, PLLC**

_____/s/ Kirk M. Anderson_____
Kirk M. Anderson (MN-338175)
5775 Wayzata Blvd., Suite 700
Minneapolis, MN 55416
(952_ 582-2904