# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
### CRIMINAL MOTION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Santos Gomez Perez (1),<br><br>Defendant. | **COURT MINUTES**<br>BEFORE:  Tony N. Leung<br>U.S. Magistrate Judge<br><br>Case No:   19-cr-313 (ECT/TNL)<br>Date:   April 22, 2022<br>Court Reporter:  Paula Richter<br>Courthouse:   Minneapolis<br>Courtroom:   9W<br>Time Commenced:   9:42 a.m.<br>Time Concluded:   10:38 a.m.<br>Sealed Hearing Time:   9:45 – 10:35 a.m.<br>Time in Court:   56 minutes<br>Hearing Type:   Oral Argument |

## HEARING ON:

The Court convened for purposes of conducting a hearing on Defendant Santos Gomez Perez's pro se motion for substitute counsel, ECF No. 68.

The Government was excused and the Court conducted an in camera inquiry of the basis for Defendant's motion with Defendant and attorney Kevin M. O'Brien.

## APPEARANCES:

   Plaintiff:       Thomas M. Hollenhorst, Assistant U.S. Attorney

   Defendant:    Kevin M. O'Brien, CJA

   Interpreter/Language:       Esperanza Lopez-Dominguez/Spanish

## REMARKS:

For the reasons stated on the sealed record, which are expressly incorporated herein by reference, Defendant's pro se motion for substitute counsel, ECF No. 68, was **DENIED**.

Motion taken under advisement as of:

☐ORDER TO BE ISSUED ☒NO ORDER TO BE ISSUED        ☐R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

*s/Emily*
Law Clerk to Magistrate Judge Leung