UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA
Cr. 19-313 (ECT/TNL)

---

UNITED STATES OF AMERICA,
        Plaintiff,

vs.
                                  DEFENDANT'S MOTIONS
                                   IN LIMINE

SANTOS GOMEZ PEREZ,
        Defendant.

---

       The above named defendant by and through his attorney, Kevin M. O'Brien, moves the Court, for an Order prohibiting the government from offering evidence at trial related to the following:

       1) Evidence of an investigation into defendant's alleged trafficking in controlled substances.

       2) Evidence in the defendant's A file beyond what is necessary to establish the elements of the present prosecution of the defendant.

       Defendant's motions are based on Fed. R. Evid. 403 and 404 (b).

Dated: July 27, 2022                           Respectfully submitted,

                                                              /s/ Kevin M. O'Brien
                                                              Kevin M. O'Brien  #80561
                                                              Attorney for the Defendant
                                                              7101 York Avenue South #340
                                                              Edina, MN, 55435
                                                              612-237-9510