AO 187 (Rev. Locally 03/18) Exhibit List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MINNESOTA

UNITED STATES OF AMERICA
V.
SANTOS GOMEZ PEREZ

**EXHIBIT LIST**

Case Number:   19-313 (ECT/TNL)

| PRESIDING JUDGE<br>Eric C. Tostrud | PLAINTIFF'S ATTORNEY<br>Thomas M. Hollenhorst | DEFENDANT'S ATTORNEY<br>Kevin M. O'Brien |
|---|---|---|
| TRIAL DATE (S)<br>August 16, 2022 | COURT REPORTER<br>Tim Willette | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | D-1 |  |  |  | Body camera footage from March 14, 2019 search warrant at 4056 Washington Avenue North, Minneapolis, Mn. |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages