19-cr-313

What's Rule 29
And do we need know
what Ft means??

SCANNED
AUG 1 8 2022
U.S. DISTRICT COURT ST. PAUL