

**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA

ERIC C. TOSTRUD
DISTRICT JUDGE
334 WARREN E. BURGER FEDERAL BUILDING
316 NORTH ROBERT STREET
ST. PAUL, MINNESOTA 55101
(651) 848-1190

August 17, 2022

Re: *USA v. Santos Gomez Perez*, File No. 19-cr-313

Members of the Jury:

On August 17, 2022, at 12:55 p.m., you asked the following question:

QUESTION:

What's Rule 29 and do we need to know what it means?

ANSWER:

Rule 29 is a Federal Rule of Criminal Procedure. It is not relevant in any way to your deliberations or verdict. Therefore, you do not need to know what it says or means.

Eric C. Tostrud
United States District Court

SCANNED
AUG 1 8 2022
U.S. DISTRICT COURT ST. PAUL