

**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA

ERIC C. TOSTRUD
DISTRICT JUDGE
334 WARREN E. BURGER FEDERAL BUILDING
316 NORTH ROBERT STREET
ST. PAUL, MINNESOTA 55101
(651) 848-1190

August 17, 2022

Re: *USA v. Santos Gomez Perez*, **File No. 19-cr-313**

Members of the Jury:

On August 17, 2022, at 2:23 p.m., you asked the following question:

QUESTION:

If someone knowingly possesses a bags even if they do not know whats in the bag, does he knowingly possess whats in the bag

ANSWER:

It is possible that a person might knowingly possess a bag or bags (or any other container) without any knowledge whatsoever of the bag or bags' contents. In that circumstance, the person would not knowingly possess the contents of the bag or bags. Here, you should consider and weigh all of the evidence before concluding either that the defendant knew or had no knowledge regarding the contents of a bag or bags.

Eric C. Tostrud
United States District Court