

**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA

ERIC C. TOSTRUD
DISTRICT JUDGE
334 WARREN E. BURGER FEDERAL BUILDING
316 NORTH ROBERT STREET
ST. PAUL, MINNESOTA 55101
(651) 848-1190

August 17, 2022

**Re**: *USA v. Santos Gomez Perez*, File No. 19-cr-313

Members of the Jury:

On August 17, 2022, at 2:56 p.m., you asked the following question:

QUESTION:

When was possession established? Before warrant or after warrant? Knowingly?

ANSWER:

The question of whether the defendant knowingly possessed the firearms is a question the jury must decide.

Eric C. Tostrud
United States District Court

