CR 19 - 313-ECT

We are at a standstill do you have any recommendations to overcome a standstill?

SCANNED CK
AUG 1 8 2022
U.S. DISTRICT COURT ST. PAUL