# UNITED STATES DISTRICT COURT
## District of Minnesota
NOTICE OF APPEAL

USCA 8 NO _____

United States of America
_____
Plaintiff

vs

Santos Gomez Perez
_____
Defendant

19-CR-313 (ECT/TNL)
_____
District Court Docket Number

The Hon. Eric C. Tostrud
_____
District Court Judge

Notice is given that **Santos Gomez Perez** appeals to the United States Court of Appeals for the Eighth Circuit from the [✓] Judgment & Commitment   [ ] Order (Specify) entered in this action on **Dec. 6, 2022**

s/ Kevin M. O'Brien
_____
Signature of Defendant's Counsel

1710 Douglas Drive North, Suite 289
_____
Street Address/Room Number

Golden Valley    MN    55422
_____
City         State    Zip

Kevin M. O'Brien
_____
Typed name of Defendant's Counsel

( 612 ) 237-9510
_____
Telephone Number

Dec. 11, 2022
_____
Date

## TRANSCRIPT ORDER FORM
**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

[✓] Please Prepare a transcript of:
- [✓] Pre-trial proceedings
- [✓] Testimony or
- [ ] Portions thereof _____
- [✓] Sentencing
- [ ] Post Trial Proceedings
- [ ] Other (Specify)

[ ] I am not ordering a transcript because
- [ ] Previously filed
- [ ] Other (Specify) _____

### CERTIFICATE OF COMPLIANCE
Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment _____Funds, **xxxxx** CJA Form 24 completed
(see separate CJA 24 form in criminal appeals form)

s/ Kevin M. O'Brien                                    Dec. 11, 2022
Attorney's Signature                                   Date

**NOTE: Complete All Items on Reverse Side**

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: **ADDRESS REDACTED**
   **ADDRESS REDACTED**

2. Date of Sentence: ☐ Jury   ☐ Non-Jury
   Offenses: Unlawful Possession of Firearms, 18 USC 922(g)(5) and 924(a)(2)

   Trial Testimony - Number of days: 3   Bail Status:

3. Sentence and Date Imposed: 90 months imposed Dec. 6, 2022

4. Appealing: Sentence ☐   Conviction ☐   Both ☑
   Challenging:
   ☐ Application of Sentencing Guidelines
   ☐ Constitutionality of Guidelines
   ☑ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: Dec. 8, 2022
   Stenographer in Charge: Tim Willette
   (Name, Address, Phone) 316 N Robert St, St. Paul, MN 55101
   651 848-1224

6. Trial Counsel Was: ☑ Appointed (no fee required)   ☐ Retained (filing fee $505 unless IFP granted)

   Does Defendant's financial status warrant appointment of counsel on appeal?
   ☑ Yes   ☐ No

   Affidavit of Financial Status filed:

   Is there any reason why trial counsel should not be appointed as counsel on appeal?
   ☐ Yes   ☑ No

7. Assistant US Attorney Name and Phone Number: Thomas M. Hollenhorst, 612-664-5600

## Court Reporter Acknowledgment

Date Order Received         Estimated Completion Date         Est. Number of Pages

Court Reporter Signature                                      Date

Noticeofappeal (11/05)